Commonwealth *v.* Carter, Appellant.

Submitted April 10, 1967. *Marvin Carter,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Champion, Appellant.

Submitted April 10, 1967. *Donald Champion,* appellant, in propria persona; *Henry S. Moore,* Assistant District Attorney, and *Edward M. Bell,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Chatary, Appellant.

Argued March 20, 1967. *Melvin Dildine,* Assistant Defender, with him *Carolyn E. Temin* and *Francis Gerard Janson,* Assistant Defenders, *Martin Vinikoor,* First Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Michael M. Baylson,* Assistant District Attorney, with him *Morris H. Wolff* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.